**Exhibit A to the Complaint**

**Location:** Los Altos, CA

**Total Works Infringed:** 25

**IP Address:** 172.9.232.173

**ISP:**  AT&T Internet

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 21CD5586FE0D4C819A20E0D977198A047BFC4A3D | 02/22/2026 16:13:37 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 2 | ED2D7496B8D9953BD80335734887290695981F85 | 02/22/2026 16:13:36 | Tushy | 09/21/2025 | 09/24/2025 | PA0002552392 |
| 3 | 43707A0428B076C4B2FEFFB48121EC6FFAE21988 | 02/22/2026 16:13:35 | TushyRaw | 12/03/2024 | 12/13/2024 | PA0002506319 |
| 4 | 62e40a87134f3f5633a4d02b840f2632f4f266e8 | 12/28/2025 05:42:25 | TushyRaw | 07/02/2024 | 07/15/2024 | PA0002480607 |
| 5 | B10B8B9060E08E752CFF0C91F9E0A275E2BF4C0B | 12/28/2025 05:25:14 | TushyRaw | 09/24/2024 | 10/16/2024 | PA0002494730 |
| 6 | 8576AB3E57000BD60F62DC6D0D82D995190DD8A1 | 12/04/2025 09:55:16 | TushyRaw | 01/23/2024 | 02/13/2024 | PA0002454782 |
| 7 | EEE755D177D0FD5FCDD1015A2746BACE8A66BE35 | 12/04/2025 09:55:16 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 8 | 5C4F90485CC5C9BE43B33B282FA5F332AA917DD0 | 12/04/2025 09:55:16 | TushyRaw | 01/17/2024 | 02/14/2024 | PA0002455062 |
| 9 | 4F816B7E7623EBB3FFF1C719677F5741E57D87D6 | 12/04/2025 09:55:16 | TushyRaw | 03/05/2024 | 03/13/2024 | PA0002459340 |
| 10 | 6DB1BBB5D6079FFEC02CEEF53E705909D27BF67A | 12/04/2025 09:55:16 | TushyRaw | 01/30/2024 | 02/13/2024 | PA0002454780 |
| 11 | 972A3F99A95320BD7427BE3DE9EEFF6AF0E943FD | 12/04/2025 09:55:16 | TushyRaw | 06/11/2024 | 06/18/2024 | PA0002476930 |
| 12 | 414DB31EF21A69E45F718E97CC5BE5089965BFF7 | 12/04/2025 09:55:15 | TushyRaw | 07/16/2024 | 08/14/2024 | PA0002484829 |
| 13 | 22B4D3618B3307AC99A128F9DCD00B21EA855E72 | 12/04/2025 09:55:15 | TushyRaw | 08/13/2024 | 09/18/2024 | PA0002490536 |
| 14 | 0044E2A97867BFB2E18CE903D777B582AF59367A | 12/04/2025 09:55:15 | TushyRaw | 08/27/2024 | 09/18/2024 | PA0002490456 |
| 15 | 65EF81F08A8FD9AF0D7A2A9B24E5294877B98CEB | 12/04/2025 09:55:15 | TushyRaw | 10/22/2024 | 11/18/2024 | PA0002500904 |
| 16 | AC9B808B6DCDC57E4EDC0C81791DAB45B0F97CFD | 12/04/2025 09:55:15 | TushyRaw | 09/10/2024 | 09/18/2024 | PA0002490434 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 0BFF4AB71E86784B3C9A5DCACA52C40F1FDAA2B2 | 12/04/2025 09:55:15 | TushyRaw | 02/16/2025 | 02/18/2025 | PA0002516145 |
| 18 | C3F283E89D260936B668D5366023C01771AB11CB | 12/04/2025 09:55:15 | TushyRaw | 03/08/2025 | 03/25/2025 | PA0002521739 |
| 19 | 6B8E61F810AE24E0FD7E2FA41F3D2EF0D80307E2 | 12/04/2025 09:55:15 | TushyRaw | 05/27/2025 | 06/09/2025 | PA0002534195 |
| 20 | 1E609AA4FDAFAFAE760B7B701B8D4EDBBD6D98EE | 12/04/2025 09:55:15 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 21 | ba7547f2722c1bd02ab643202a9aaf293b98cd06 | 10/09/2025 17:09:56 | TushyRaw | 05/31/2023 | 07/14/2023 | PA0002427524 |
| 22 | BF6402F07E4683968DE4C4ECEA6268BA0337A212 | 10/09/2025 02:01:21 | Vixen | 06/30/2023 | 07/13/2023 | PA0002420344 |
| 23 | 7972CD63F9EB689BE5CB7AA3131662A66D87BB00 | 10/09/2025 02:01:20 | Vixen | 01/14/2022 | 03/04/2022 | PA0002345789 |
| 24 | B059F30DFE4A7D21DA18391A065508F4A7A59D9A | 10/09/2025 02:01:17 | TushyRaw | 10/04/2023 | 10/18/2023 | PA0002435604 |
| 25 | 864AECA3E898EA4761675344E3A376F7642178C2 | 10/09/2025 02:01:16 | Vixen | 08/25/2023 | 09/18/2023 | PA0002431081 |